UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP GREEN,<br><br>        Petitioner,<br><br>  vs.<br><br>KEN CLARK,<br><br>        Respondent.<br>_____/ | 1:09-cv-1518 YNP [DLB] (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   September 23, 2009                         /s/ Dennis L. Beck
                                                                         UNITED STATES MAGISTRATE JUDGE